IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| LATISSA C. VAUGHN | * | |
| | * | USDC Case No.: |
| Plaintiff | * | |
| | * | |
| v. | * | Circuit Court for Prince Georges' County |
| | * | Case No. CAL21-13719 |
| VARIETY WHOLESALERS, INC., et al., | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND – GREENBELT DIVISION

PLEASE TAKE NOTICE that Defendants VARIETY WHOLESALERS, INC., VARIETY STORES, INC., f/k/a ROSE'S STORES, INC., pursuant to 28 U.S.C. Sections 1332, 1441, and 1446, hereby note the removal of the entire civil action in the Circuit Court for Prince George's County, Maryland, entitled: _Latissa C. Vaughn v. Variety Wholesalers, Inc., et al.,_ Case No. CAL21-13719, to the United States District Court for the District of Maryland – Greenbelt Division. In support, Defendants state:

1. Plaintiff, Latissa C. Vaughn, commenced this action against Variety Wholesalers, Inc., Variety Stores, Inc., f/k/a Rose's Stores, Inc. in the Circuit Court for Prince George's County, Maryland, entitled: _Latissa C. Vaughn v. Variety Wholesalers, Inc., et al._, Case No. CAL21-13719.

2. On May 12, 2022, the Plaintiff's Writ of Summons and Complaint was served on Variety Stores, Inc.'s resident agent, CSC Lawyers Incorporating Service Company, Baltimore, Maryland 21202 with a copy to Pam Harlow.

3. Defendant Variety Wholesalers, Inc. is a North Carolina corporation and its principal place of business is located at 109 Durham Street, Fuquay-Varina, North Carolina.

4. Defendant, Variety Stores, Inc., f/k/a Rose's Stores, Inc. is a Delaware corporation and its principal place of business is located at 218 S. Garnett Street, P.O. Box 947, Drawer 947, Henderson, NC  27536.

5. Plaintiff's Complaint seeks damages in excess of $75,000.00, exclusive of interest and costs for personal injury sustained in a slip and fall.

6. This action is removable pursuant to Title 28, United States Code, Sections 1332, 1441 since there is diversity of citizenship between all parties, and the amount in controversy, based on the allegations of the Plaintiff's Complaint, appears to be in excess of $75,000.00, exclusive of interest and cost, thereby providing original jurisdiction.

7. Defendants, Variety Stores, Inc. first received copies of the Plaintiff's Writ of Summons and Complaint on or about May 12, 2022.  Removal of this action is therefore timely under 28 U.S.C. Section 1446(b).

8. Defendant Variety Stores, Inc. and Variety Wholesalers, Inc, reserve the right to amend this Notice of Removal.

9. Undersigned counsel represents both Variety Stores, Inc. and Variety Wholesalers, Inc. and both parties consent to removal.

10. Variety Wholesalers, Inc. has not yet been formally served with process but the Circuit Court's file contains an Affidavit of Service for Variety Stores, Inc. only.  However, a

Writ of Summons was reissued on March 17, 2022.

11.     As required by 28 U.S.C. Section 1446(a) and Local Rule 103(5)(2), true and correct copies "of all process, pleadings, and orders which have been served upon" Variety Wholesalers, Inc. in the state action that is being removed, as of June, 9, 2022, are being filed with this Notice of Removal, as *Exhibit A*.

WHEREFORE, Defendant Variety Wholesalers, Inc., prays this entire action be removed to this Court, and for such other and further relief as the nature of its cause may require.

Respectfully submitted,

_____
Frank L. Lipshultz   (Bar No. 00563)
Zauner & Mtimet, P.A.
100 North Charles Street, Suite 1700
Baltimore, Maryland 21201
(410) 962-0500
Fax Number (410) 962-0500
Frank.Lipshultz@zaunerlaw.com
Attorneys for Defendants
Variety Wholesalers, Inc., Variety Stores, Inc., f/k/a Rose's Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court served a true and correct copy of the foregoing on the following in accordance with Fed. R. Civ P. 5 and Local Rule 102.1.c. and by United States Regular Mail, postage prepaid, this 10th day of June, 2022 to Blaine Kolker, Esq., 1120 St. Paul Street, Suite Two North, Baltimore, MD 21202.

_____
Frank L. Lipshultz, Esq. (Bar No. 00563)