IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

LATISSIA C. VAUGHN,
3506 Pearl Drive
Suitland, MD 20746

  Plaintiff

vs.                 : Civil Case No.: CAL21-13719

VARIETY STORES INC.,
d/b/a Roses
P.O. Drawer 947
Henderson, NC 27536

  Serve: CSC-Lawyers Incorporating Service Co.
    7 St. Paul Street
    Suite 820
    Baltimore, MD 21202

and

VARIETY WHOLESALERS, INC.,
d/b/a Roses
109 Durham Street
Fuquay-Varina, NC 27526

  Serve: CSC-Lawyers Incorporating Service Co.
    7 St. Paul Street
    Suite 820
    Baltimore, MD 21202

  Defendants.



## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Latissia C. Vaughn, by and through her undersigned counsel and states as follows:

1. That Defendants, Variety Stores, Inc., and/or Variety Wholesalers, Inc., own and operate a Roses store at 3737 Branch Avenue, Temple Hills, Prince George's County, Maryland and at the time of this incident and had agents and employees

```
Case: CAL21-13719
NEW CASE
APP FEE PLAIN        10.00
CV CLERK FEE         80.00
MD LEGAL SERV        55.00
KIP  NCH CAS         30.00
TOTAL               175.00
                 Rcpt # 58266
MEL    ODC    Blk # 112
Nov 02, 2021      09:35 am
```

physically located in Prince George's County and did a substantial amount of business in Prince George's County, Maryland.

2. That at all times relevant hereto, the Defendants Variety Stores, Inc., and/or Variety Wholesalers, Inc., and agents and employees of the Defendants, were responsible for the maintenance and supervision of the property known as Roses located in Temple Hills, Maryland ("the Premises").

3. That on or about November 4, 2018, 2014 at approximately 5:11 p.m., the Plaintiff, Latissia C. Vaughn, was in Roses store shopping when she was caused to slip and fall on a wet and dangerous floor, causing the Plaintiff to violently fall resulting in severe personal injuries.

## COUNT I
### (Negligence)

4. That the allegations and facts herein above set forth are adopted herein and made part hereof and further:

5. That despite the Defendants Variety Stores, Inc., and/or Variety Wholesalers, Inc.'s duty to maintain the aforesaid store in a safe and unhazardous condition, there was present at the aforementioned time and place, a dangerous situation which Defendants Variety Stores, Inc., and/or Variety Wholesalers, Inc, knew, or should have known, would cause injuries to the public and those lawfully shopping at the store.

6. That Defendants Variety Stores, Inc., and/or Variety Wholesalers, Inc., breached their duty of care by failing to keep the location where the plaintiff fell in a safe and unhazardous condition.

2

7. Defendant Variety Stores, Inc., and/or Variety Wholesalers, Inc., breached their duty of care and were negligent in the following particulars, among other, to wit:

   a. Failure to keep the property known as Roses, located in Temple Hills, Maryland, in a safe and unhazardous condition;

   b. failure to keep the flooring at the Premises in a safe and unhazardous condition;

   c. failure to provide appropriate and effective warnings of the dangerous condition existing;

   d. causing and/or allowing a wet floor to exist in an area where it might cause injuries to the public; and

   e. being careless, reckless and negligent in regard to the maintenance and care or lack thereof of the Premises and were otherwise negligent

8. That all of the above mentioned acts of negligence were carried out by the Defendants Variety Stores, Inc., and/or Variety Wholesalers, Inc, or agents and employees of said Defendants.

9. That the injuries of the Plaintiff, Latissia C. Vaughn, were a natural and probable consequence and a direct result of the Defendants' negligence.

10. That at all times in question, the Plaintiff, Latissia C. Vaughn, acted in a careful and prudent manner without any negligence contributing to the resulting accident.

3

11. That as a direct and proximate result of the aforesaid acts of negligence, the Plaintiff, Latissia C. Vaughn, who was at all times exercising due care, was caused to fall to the ground and suffered severe, painful and permanent injuries.

12. That as a direct and proximate result thereof, the Plaintiff, Latissia C. Vaughn suffered severe, painful and permanent injuries to her body which has caused and will continue to cause her great pain and mental anguish.

15. That as a further direct and proximate result of the negligence of Defendants Variety Stores, Inc., and/or Variety Wholesalers, Inc., the Plaintiff, Latissia C. Vaughn, has been forced to spend and will continue to spend large sums of money for medical treatment and medicine for the treatment of the aforesaid injuries to herself.

16. That as a further direct and proximate result of the negligence of Defendants Variety Stores, Inc., and/or Variety Wholesalers, Inc., Latissia Vaughn was forced to lose time from her usual activities, duties, employment and pursuits.

WHEREFORE, the Plaintiff, Latissia C. Vaughn demands judgment against Defendants, Variety Stores, Inc. (d/b/a Roses), and Variety Wholesalers, Inc. (d/b/a Roses), and each of them, jointly and severally in an amount in excess of Seventy Five Thousand Dollars ($75,000.00) plus costs of this action and for such other relief as is deemed just and proper.

Respectfully submitted,

SILVER KOLKER LLP

*[signature]*

Blaine M. Kolker PGID KO0740
(CPF# 9412140122)
1120 Saint Paul Street
Suite Two North
Baltimore, Maryland  21202
(410) 625-8800
Bkolker@silverkolkerlaw.com
Attorney for Plaintiff

## JURY DEMAND

The Plaintiff demands a trial by jury on all issues so triable.

*[signature]*

Blaine M. Kolker